UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ZHU FENG, et al.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 20-MJ-1025 (PK)

      Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney J. Matthew Haggans, for an order unsealing the complaint and arrest warrants in the above-captioned matter.

      WHEREFORE, it is ordered that the complaint and arrest warrants in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           October 28, 2020

                                      THE HONORABLE PEGGY KUO
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK