UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                           20-MJ-1025 (PK)

ZHU FENG, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>NOTICE OF APPEARANCE</u>

        PLEASE TAKE NOTICE that Scott Andrew Claffee, Trial Attorney in the National Security Division, from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter should be sent to:

        Scott Andrew Claffee
        Trial Attorney, National Security Division
        c/o United States Attorney's Office
        271-A Cadman Plaza East
        Brooklyn, New York 11201
        Tel:  (718) 254-6016
        Fax:  (718) 254-6320
        Email: Scott.Claffee@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Scott Andrew Claffee at the email address set forth above.

Dated: Brooklyn, New York
November 2, 2020

                                        Respectfully submitted,

                                        SETH D. DUCHARME
                                        Acting United States Attorney

By:   /s/ Scott Andrew Claffee
        Scott Andrew Claffee
        Trial Attorney
        Counterintelligence & Export Control Section
        National Security Division
        U.S. Department of Justice

cc: Clerk of the Court (PK)