UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ZHU FENG, et al.,

             Defendants.

ORDER

Docket No. 20-MJ-1025 (PK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

    Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Craig R. Heeren, for an order clarifying and correcting the names of the defendants,

    WHEREFORE, it is ordered that the Clerk of the Court is directed to correct or confirm that the last names (i.e. "surnames"), first names (i.e. "given names") and aliases of the defendants are entered on the docket according to the following table:

| Last Name / Surname | First Name / Given Name | Alias |
|---|---|---|
| Zhu | Feng | "Johnny Zhu" |
| Hu | Ji | |
| Li | Minjun | |
| Jin | Hongru | |
| Zhu | Yong | "Jason Zhu" |
| McMahon | Michael | |
| Rong | Jing | |
| Zheng | Congying | |

Dated:    Brooklyn, New York
           November _2_, 2020

S/Peggy Kuo

_____
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK